COMMONWEALTH of Pennsylvania, Respondent

v.

Dwayne EDWARDS, Petitioner

No. 801 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**